ROUGH DRAFT SUBMITTED AS THE FINAL COPY

IN THE

COURT OF APPEALS

FOR THE

FIRST DISTRICT OF TEXAS

NO. 01-92-00617-CR

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR - 6 2015
CHRISTOPHER A. PRINE
CLERK

Prophet Ronald Dwayne Whitfield,
Appellant,

V.

State of Texas,
Appellant.

*** *** ***

APPELLANT'S MOTION TO RECALL VOID MANDATE OWING TO NO "JUDGMENT" RENDITION AND THUS FILING AS INSTRUCTED BY THE SECRETARY OF THE U.S. ATTORNEY'S GENERAL'S OFFICE BEFORE GOING TO THE UNITED STATES ATTORNEY'S OFFICE

TO PUT THIS, IXITER ALIA, IN WRITING TO BE SENT TO WASHINGTON

TO THE HONORABLE JUSTICES OF SAID COURT!

NOW COMES Prophet Ronald Dwayne Whitfield, Pro Se, and would respectfully show the court as follows:

Pursuant to Rule 18.7 of the Tex. R. App. Proc., I hereby move this O Court to recall its "non-filed" mandate and take such corrective action as the fact/evidence require.

I.
FACTS

```
RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 6 2015

CHRISTOPHER A. PRINE
CLERK _____
```

7522 La Salette
Houston, Tex. 77021
(832) 882-5696

Mr./Mrs. _____, Clerk

First Court of Appeals of Texas
301 Fannial Street
2nd Floor
Houston, Tex. 77002-2066

Prophet Ronald Dwayne Whitfield

v.

The State of Texas
01-92-617-CR

Dear Clerk:
   Please "file" and "present"
to the court the attached
motion to Recall Mandate
and notify me of the court's
order hereafter.
                    /s/ Prophet Ronald Dwayne Whitfield
sincerely yours _____ Ronald Dwayne Whitfield

1) The opinion "issued" (a legal term) from this Court was not "signed" (a legal term) by Justice O'Connor. (Perhaps her law clerk drafted it like supreme court justice _____ has stated he could not sign opinions she drafted for him that he did not author?)

2) It was not "filed" with the Clerk of this court. The purported true and correct copy of it issued to the lower court and court of Criminal Appeals of Texas does not have this now-present filemark on its face <u>today</u>.

This is only stated to establish that the copies of this opinion are not true and correct respecting its "original," which is no "copy."

## II.

Next, no "Judgment" itself was rendered declaring the law, adjudicating the facts, pronouncing the law thereon. It tracks the same language of the void, non-filed mandate in this case, which is not filed in the record, although it is _in_ the file. Therefore it is not a "record" of this court kept by its clerk.

Never mind the non-signed and non-filed opinion in this lawsuit I brought back against Texas, the failure of this O mighty Court of competent jurisdiction to "render" its "judgment" renders void any valid opinion and mandate — no JUDGMENT.

In absence of a judgment, case stills pends and no further appellate review may be taken at this time. This is a jurisdictional defect in other courts, assuming the trial court here also has rendered its final judgment, meaning its judgment is appealable, to this court.

( No judgment was rendered below. In the absence of the trial judge's failure to cause the judgment to be "filed" in the public record prevents this court from acquiring power to review that judgment, depriving this court of jurisdiction, meaning it can take no further steps other than dismissing the appeal and remanding. But a judgment may never be rendered "nunc pro tunc" under any circumstances.

## II.

## RELIEF

WHEREFORE, while sitting here in the clerk's office and again having obtained ~~cert~~ copies from the file of this cause, I move this court recall its mandate pursuant to Rule 18.7 C if my memory serves me right, or I could stop and ask my phone for the Rule, but I believe it is 18.7).

EXECUTED; Friday, 06 March 2015, A.D.

/s/ Prophet Ronald Dwayne Whitfield
Prophet Ronald Dwayne Whitfield